UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

        Civil No. 25-cv-13121
        Honorable F. Kay Behm

266,907 Tether ("USDT") associated
with cryptocurrency address
0x9798E11938DDf58f103410111c5
6dA9d2F00b9c8,

        Defendant *in rem*,

---

### Default Judgment and Final Order of Forfeiture

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendant *in rem,* which consists of the following: 266,907 Tether ("USDT") associated with cryptocurrency address 0x9798E11938DDf58f103410111c56dA9d2F00b9c8 is **FORFEITED** to the United States under 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendant *in rem*, is forever **EXTINGUISHED** and clear title to the Defendant *in rem* is **VESTED** in the United States.

The United States Secret Service, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

Dated: March 26, 2026                    s/F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge

2